DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 









                                        NO. 12-07-00406-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

ALTHEA
ANN OWEN,        §          APPEAL FROM THE 402ND

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

BRIAN
STECK AND WENDY STECK,

APPELLEES §          WOOD
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant has filed a motion to dismiss this appeal.  In her motion, Appellant states that the
trial court has not entered a final written judgment in the cause and requests
that the appeal be dismissed without prejudice to refiling.  A copy of the motion has been sent to all
counsel of record.  Because Appellant has
met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the
motion is granted, and the appeal is dismissed without prejudice.

Opinion
delivered December 12, 2007.

Panel
consisted of Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

(PUBLISH)